**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| WENDY SIMPKINS, | : | No. 828 MAL 2016 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (HUMAN ACHIEVEMENT | : | |
| PROJECT, INC.), | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 11th day of April, 2017, the Petition for Allowance of Appeal is
**DENIED**.